**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| MICHAEL DURTHALER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 2:11-cv-00188 |
| ) | |
| TATE & KIRLIN ASSOCIATES, INC., ) | |
| ) | |
| Defendant, ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, Michael Durthaler, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By: /s/ Peter Cozmyk
Peter Cozmyk,
Attorney for Plaintiff
Ohio Registration No. 0078862
Krohn & Moss, Ltd.
8043 Corporate Circle, Suite 3
North Royalton, OH 44133
Telephone: (323) 988-2400 x 213
Fax: (866) 799-3206
E-mail: pcozmyk@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was mailed to Penny Shemtob, Esq., Attorney for Defendant at the address listed below via the USPS.

Penny Shemtob, Esq.
Litigation Counsel
Cavalry Portfolio Services, LLC
500 Summit Lake Drive
Suite 400
Valhalla, New York 10595
.

                                                /s/ Peter Cozmyk
                                                Peter Cozmyk
                                                Attorney for Plaintiff